IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| JONES FUNERAL HOME, INC. and<br>MELONY SPARKS HALLIBURTON | PLAINTIFFS |
| VS. | CASE NO. 06-CV-1097 |
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA | DEFENDANT/COUNTER-<br>PLAINTIFF/ THIRD-PARTY<br>PLAINTIFF |
| VS. | |
| JONES FUNERAL HOME, INC. and<br>MELONY SPARKS HALLIBURTON | COUNTER-DEFENDANTS |
| and | |
| CHARLES E. BROOKS | THIRD-PARTY DEFENDANT/<br>THIRD-PARTY-PLAINTIFF |

## JUDGMENT

Now on this 19th day of August, 2008, for the reasons stated in the Court's Memorandum Opinion filed herewith, the Court hereby enters judgment in favor of Plaintiffs Jones Funeral Home, Inc. and Melony Sparks Halliburton.

The Clerk is hereby directed to pay to the Plaintiffs the Ten Thousand Dollars and Zero Cents ($10,000.00) plus any interest previously earned if applicable, deposited into the registry of Court by Life Insurance Company of North America, along with any interest earned on the deposit to date less the Court's fee of ten percent (10%) of the interest earned on the deposit pursuant to Public Law 100-459, Revised effective December 1, 1990.

    IT IS SO ORDERED.

                                          /s/Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge