IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| JONES FUNERAL HOME, INC. and<br>MELONY SPARKS HALLIBURTON | PLAINTIFFS |
| VS. | CASE NO. 06-CV-1097 |
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA | DEFENDANT/COUNTER-<br>PLAINTIFF/ THIRD-PARTY<br>PLAINTIFF |
| VS. | |
| JONES FUNERAL HOME, INC. and<br>MELONY SPARKS HALLIBURTON | COUNTER-DEFENDANTS |
| and | |
| CHARLES E. BROOKS | THIRD-PARTY DEFENDANT/<br>THIRD-PARTY-PLAINTIFF |

## AMENDED JUDGMENT

Now on this 20th day of August, 2008, the Court hereby enters this Amended Judgment in favor of Plaintiffs Jones Funeral Home, Inc. and Melony Sparks Halliburton.

The Clerk is hereby directed to pay to the Plaintiff Jones Funeral Home, Inc. the sum of $6,500.00 from the funds being held in the registry of the Court in the above styled and number case. The Clerk is also directed to pay to the Plaintiffs' Attorneys Shackleford, Phillips & Ratcliff, P.A. the sum of $3,500.00 along with any interest earned on the deposit to date less the Court's fee of ten percent (10%) of the interest earned on the deposit pursuant to Public Law 100-459, Revised effective December 1, 1990.

IT IS SO ORDERED.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge